IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANIE DIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMECIAL RECOVERY SYSTEMS, INC. | : | |
| RAY CLOPP | : | NO.  09-3473 |

## ORDER

AND NOW, this 10TH day of December, 2009, it having been reported to the court that the issues between plaintiff and defendants in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that:

1. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO EACH OF THE NAMED DEFENDANTS TO THIS ACTION.**

2. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                                          or         BY THE COURT:

*/s/ Madeline F. Ward*                                              */s/ Norma L. Shapiro*
Madeline F. Ward, Deputy Clerk                                                                      J.